**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sharon Christine Garman fka Sharon Christine Ward<br>William Douglas Garman<br>                                        Debtors | BK. NO. 17-23742-JAD |
| First Guaranty Mortgage Corporation,<br>its successors and/or assigns<br>                                        Movant<br>                       v.<br>Sharon Christine Garman fka Sharon Christine Ward<br>William Douglas Garman<br>                                        Respondents<br>                       and<br>Jeffrey J. Sikirica, Trustee<br>                                        Additional Respondent | CHAPTER 7<br>Related to Docket #___15_____<br><br><br>**DEFAULT O/E JAD** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this   1st   day of  December, 2017, at Pittsburgh, upon Motion of First Guaranty Mortgage Corporation, it is

**ORDERED THAT:** The Motion is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is hereby modified with respect to the subject premises located at 512 Bellwood Avenue, Monroeville, PA 15146 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____sjk____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
12/1/17 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Sharon Christine Garman fka Sharon Christine Ward
512 Bellwood Avenue
Monroeville, PA 15146

William Douglas Garman
512 Bellwood Avenue
Monroeville, PA 15146

David A. Rice Esq.
15 West Beau Street (VIA ECF)
Washington, PA 15301
ricelaw@cobweb.net

Jeffrey J. Sikirica Esq.
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
SikiricaLaw@nauticom.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Douglas Garman  
Sharon Christine Garman  
      Debtors

Case No. 17-23742-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Dec 01, 2017  
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db/jdb       +William Douglas Garman,   Sharon Christine Garman,   512 Bellwood Avenue,   Monroeville, PA 15146-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
        Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
        David A. Rice   on behalf of Joint Debtor Sharon Christine Garman ricelaw1@verizon.net, lowdenscott@gmail.com  
        David A. Rice   on behalf of Debtor William Douglas Garman ricelaw1@verizon.net, lowdenscott@gmail.com  
        James Warmbrodt   on behalf of Creditor   First Guaranty Mortgage Corporation bkgroup@kmllawgroup.com  
        Jeffrey J. Sikirica   trusteesikirica@consolidated.net, PA59@ecfcbis.com  
        Keri P. Ebeck   on behalf of Creditor   Byrider Finance, LLC d/b/a CNAC kebeck@weltman.com, jbluemle@weltman.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         TOTAL: 7