WWR # 21397441

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| William Douglas Garman | ) | |
| Sharon Christine Garman | ) | |
| | ) | Bankruptcy No. 17-23742-JAD |
| Debtors | ) | |
| | ) | Chapter 7 |
| BYRIDER FINANCE, LLC DBA CNAC | ) | |
| | ) | |
| Movant | ) | Hearing Date and Time:12/19/2017 10:00 a.m. |
| | ) | |
| v. | ) | |
| William Douglas Garman | ) | Response Deadline:12/03/2017 |
| Sharon Christine Garman | ) | |
| | ) | |
| Jeffrey J. Sikirica, TRUSTEE | ) | |
| Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 11/16/2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 12/03/2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 12/04/2017

By:  /s/ Keri P. Ebeck
Keri P. Ebeck, PA I.D. #91298
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 338-7102
kebeck@weltman.com