**Form 144**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Douglas Garman**
**Sharon Christine Garman**
**fka Sharon Christine Ward**
    Debtor(s)

Bankruptcy Case No.: 17−23742−JAD

Chapter: 7
Docket No.: 25

## NOTICE – REMINDER

  Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** **(Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

  ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: December 14, 2017

                                        Michael R. Rhodes, Clerk
                                        United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William Douglas Garman  
Sharon Christine Garman  
      Debtors

Case No. 17-23742-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Dec 14, 2017  
                        Form ID: 144     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.  
db/jdb         +William Douglas Garman,    Sharon Christine Garman,    512 Bellwood Avenue,    Monroeville, PA 15146-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:

       Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
       David A. Rice    on behalf of Joint Debtor Sharon Christine Garman ricelaw1@verizon.net, lowdenscott@gmail.com  
       David A. Rice    on behalf of Debtor William Douglas Garman ricelaw1@verizon.net, lowdenscott@gmail.com  
       James Warmbrodt    on behalf of Creditor    First Guaranty Mortgage Corporation bkgroup@kmllawgroup.com  
       Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com  
       Keri P. Ebeck    on behalf of Creditor    Byrider Finance, LLC d/b/a CNAC kebeck@weltman.com, jbluemle@weltman.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
                                                                                                 TOTAL: 7