Certificate Number: 17572-PAW-DE-030323389

Bankruptcy Case Number: 17-23742



17572-PAW-DE-030323389

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 18, 2017, at 7:58 o'clock PM PST, Sharon C Garman completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    December 18, 2017            By:    /s/Kristina Milicevic

Name:    Kristina Milicevic

Title:    Counselor